1  CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
2  C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
3  POTTER LAW OFFICES
1125 Shadow Lane
4  Las Vegas, Nevada 89102
Tel:  (702) 385-1954
5  Fax: (702) 385-9081
cpotter@potterlawoffices.com
6  cj@potterlawoffices.com
*Attorneys for Melissa Hardan*

7

8

9          **UNITED STATES DISTRICT COURT**

10              **DISTRICT OF NEVADA**

11                  •••••

12  | | |
|---|---|
| MELISSA HARDAN; | |
| | CASE NO.  2:15-cv-00470-GMN-PAL |
| Plaintiffs, | |
| | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS** (First Request) |
| NYE COUNTY, a political subdivision of the State of Nevada; SHERIFF ANTHONY L. DEMEO, individually; ASSISTANT SHERIFF RICHARD MARSHALL, individually; LIEUTENANT MARK MEDINA, individually;  OFFICER CORY FOWLES, individually; and DOE OFFICERS 1 through 10, inclusive; | |
| Defendants. | |

23       Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of

24  record, hereby stipulate and make a joint application to extend the dispositive motion deadline in

25  this matter.

26       1.     Discovery in this matter closed on July 1, 2016.

27       2.     The current deadline for filing dispositive motions is August 29, 2016.

28  · · ·

3.      The parties respectfully request a thirty (30) day extension up to and including Wednesday, September 28, 2016, to file dispositive motions.

4.      The parties submit that good cause exists for this extension.

      a.      The parties conducted substantial discovery during the discovery period including written discovery, numerous depositions, and retention of experts.

      b.      The Plaintiff has numerous scheduling conflicts in August, including, but not limited to: previously extended appellate briefs due each week; seven (7) depositions; trial preparation; general appearances and deadlines; as well as trial in *Griffin v. Benson*, *Case No.* A-14-703734-C, commencing on August 29, 2016.

5.      Based upon the foregoing, the parties request that the court order the time for the parties to file their dispositive motions to Wednesday, September 28, 2016.

6.      This is the first request for enlargement of time and is made in good faith and not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

DATED this 8th day of August, 2016.            DATED this 8th day of August, 2016.

POTTER LAW OFFICES                              MARQUIS AURBACH COFFING

By  /s/ Cal J. Potter, III, Esq.                     By  /s/ Jonathan B. Lee, Esq.
CAL J. POTTER, III, ESQ.                         CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 1988                              Nevada Bar No. 6882
C. J. POTTER, IV, ESQ.                           JONATHAN B. LEE, ESQ.
Nevada Bar No. 13225                             Nevada Bar No. 13524
1125 Shadow Lane                                 100001 Park Run Drive
Las Vegas, NV 89102                              Las Vegas, NV 89145
*Attorneys for Plaintiff*                         *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

August 9, 2016
DATED                                            UNITED STATES MAGISTRATE JUDGE

2