**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
canderson@maclaw.com
jlee@maclaw.com
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA HARDAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>NYE COUNTY SHERIFF'S OFFICE; a political subdivision of the State of Nevada and the County of Nye; SHERIFF ANTHONY L. DeMEO, individually; ASSISTANT SHERIFF RICHARD MARSHALL, individually; LIEUTENANT MARK MEDINA, individually; OFFICER CORY FOWLES, individually; and DOE OFFICERS 1 through 10, inclusive;<br><br>                    Defendants. | Case No.:   2:15-cv-00470-GMN-PAL<br><br>**DEFENDANTS CORY FOWLES AND MARK MEDINA'S REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR JANUARY 25, 2017** |

Defendants Cory Fowles and Mark Medina, by and through their attorneys of record, Craig R. Anderson, Esq. and Jonathan B. Lee, Esq. of Marquis Aurbach Coffing, hereby file their Request for Exception of Attendance at the Settlement Conference Scheduled for January 25, 2017. ECF No. 48.

1.    Defendant Cory Fowles is under subpoena to appear in the Pahrump Justice Court on January 25, 2017 for a criminal trial;

2.    Defendant Mark Medina currently resides in Northern Nevada and just begun new employment;

3.    It would be a hardship for Defendant Medina to travel and attend;

4.    Counsel for Defendants Cory Fowles and Mark Medina is also representing Nye County Sheriff's Office; and

MAC:11779-086 2961480_1 12/12/2016 6:22 PM

5. Nye County is defending and indemnifying both officers in this litigation and will provide a representative, negotiating o their behalf.

Dated this 13th day of December, 2016.

MARQUIS AURBACH COFFING

By: /s/ Jonathan Lee
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants

IT IS SO ORDERED.

DATED: December 15, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:11779-086 2961480_1 12/12/2016 6:22 PM

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANTS CORY FOWLES AND MARK MEDINA'S REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR JANUARY 25, 2017** was submitted electronically for filing and/or service with the United States District Court on the 13th day of December, 2016. Electronic service of the foregoing document shall be made in accordance with the CM/ECF Service List as follows:

Cal J. Potter, III, Esq.
Cal J. Potter, IV, Esq.
Potter Law Offices
Attorneys for Plaintiff
info@potterlawoffices.com
jenna@potterlawoffices.com
cj@potterlawoffices.com

I further certify that I served a copy of this document by mailing a true and correct copy thereof, postage prepaid, addressed to:

n/a

_____
Penny Williams, an employee of
Marquis Aurbach Coffing