**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jlee@maclaw.com
  *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA HARDAN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>NYE COUNTY SHERIFF'S OFFICE; a political subdivision of the State of Nevada and the County of Nye; SHERIFF ANTHONY L. DeMEO, individually; ASSISTANT SHERIFF RICHARD MARSHALL, individually; LIEUTENANT MARK MEDINA, individually; OFFICER CORY FOWLES, individually; and DOE OFFICERS 1 through 10, inclusive;<br><br>　　　　　　　　Defendants. | Case No.:　　2:15-cv-00470-GMN-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between, Plaintiff, Melissa Hardan ("Plaintiff"), by and through her counsel of record, Callister & Associates; and Defendants, Nye County, Sheriff Anthony Demeo, Assistant Sheriff Richard Marshall, Lieutenant Mark Medina, and Officer Corey Fowles (collectively the "Defendants"), by and through their counsel of record, the law firm of Marquis Aurbach Coffing:

　　　　1.　　The claims against Defendants are dismissed with prejudice;

　　　　2.　　Each party shall bear their own costs and attorney's fees incurred in this action; and

　　　　/ / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3. All calendared-matters in the above-captioned case are moot and can be taken off calendar.

| | |
|---|---|
| Dated this 19th day of March, 2018 | Dated this 19th day of March, 2018 |
| MARQUIS AURBACH COFFING | CALLISTER & ASSOCIATES |
| By: */s/ Jonathan B. Lee*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Jonathan B. Lee, Esq.<br>Nevada Bar No. 13524<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorney for Defendants* | By: */s/ Mitchell Bisson*<br>Matthew Q. Callister, Esq.<br>Nevada Bar No. 1396<br>Mitchell S. Bisson, Esq.<br>Nevada Bar No. 11920<br>330 E. Charleston Blvd., Ste. 100<br>Las Vegas, NV 89104<br>*Attorney for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

**Dated** this  20  day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court